IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOSEPH BOWEN, ) <br> ) <br> Plaintiff, ) <br> ) No. 1:10-0080 <br> v. ) JUDGE HAYNES <br> ) <br> SOUTHERN HEALTH PARTNERS, *et al.*, ) <br> ) <br> Defendants. ) | |

## ORDER

Upon review of the file, the Clerk of Court mailed copies of the Order in this action to Plaintiff on September 8, 2010. (Docket Entry No. 9). The Court received a letter from Debra Buie, Secretary at the Giles County Sheriff's Department that Plaintiff was "no longer incarcerated." (Docket Entry No. 13).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). Plaintiff Strange has failed to inform the Court of his new address, and the Court is unable to conduct the necessary proceedings in this action.

Therefore, this action is **DISMISSED** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Petitioners' failure to prosecute.

It is so **ORDERED**.

**ENTERED** this the ___ day of September, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge